USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANTHONY ROMERO

                Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

              Defendants.
------------------------------------------------------------X

21-CV-3125 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As a point of correction, the deadline for completing depositions as set forth in the case management plan (Dkt. 16) is **December 15, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 22, 2021
       New York, New York

Copies transmitted this date to all counsel of record.